IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS TRAUMANN**, <br><br> *Plaintiff,* <br><br> v. <br><br> **CAROLINE A. CINQUANTO and JAMES FUNT,** <br><br> *Defendants.* | Case No. 2:24-cv-00486-JDW |

### ORDER

AND NOW, this 13th day of August, 2024, upon consideration of the Defendants' Motion To Dismiss Amended Complaint (ECF No. 26) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and Plaintiff Thomas Traumann's Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.